# ELECTRONIC ORDER

**DATE:**   June 11, 2025

**RE:**   *United States v. Santiago*, 25-cv-10065
         **Motion for Temporary Restraining Order**

---

ELECTRONIC ORDER entered re ECF No. 14, Emergency Motion for Temporary Injunction/TRO by Mohan Harihar.  On May 9, 2025, the Court dismissed plaintiff's complaint and denied as futile his motion for leave to amend his complaint.  Plaintiff then filed this motion for emergency relief, essentially duplicating the claims he made in his complaint.  For the reasons previously stated, his motion for injunctive relief is DENIED.  ECF No. 10.  And to the extent that plaintiff's motion is construed as a motion to change venue, that motion, too, is DENIED.  Based on the futility of his claims, changing venue would be inconvenient and would not advance the interests of justice.  28 U.S.C. § 1404(a).